JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. LOUIS M. TERESI, an individual; NEURO-MSK MR EXPERTS, a California Professional Medical Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>SIMONMED IMAGING, INC., a California Corporation; DR. HOWARD JOHN SIMON, an individual; and DOES 1 through 20, inclusive,<br><br>       Defendant. | Case No. 8:14-CV-01164-CJC-AGR<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  May 14, 2014<br>Trial Date:           None Set<br><br>Judge:           Hon. Cormac J. Carney |

On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ORDERED that,

1. The Stipulation is approved; and
2. The Action is Dismissed with Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: March 3, 2015

_____
Honorable Cormac J. Carney